UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_Emmett F. Taylor_

_____

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

_The State of New Jersey,_
_The Office of the Camden_
_County Prosecutor,_
_The Office of the Camden_
_County Public Defender_

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            _Emmett F. Taylor_
            Street Address  _3114 Vimy Ridge Avenue_
            County, City    _Norfolk_
            State & Zip Code _Virginia  23509_
            Telephone Number _(608) 977-3953_

B.    List all defendants. You should state the full name of the defendants. even if that defendant is a government agency. an organization. a corporation. or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _The State of New Jersey_

Street Address _101 S 5th St_

County. City _Camden County , Camden City_

State & Zip Code _NJ , 08103_

Defendant No. 2

Name _Camden County Prosecutor Office_

Street Address _25 N 5th st_

County. City _Camden County , Camden City_

State & Zip Code _New Jersey 08103_

Defendant No. 3

Name _The Office of the Camden County_
Street Address _Public Defender 101 Haddon Ave 25._

County. City _Camden County , Camden_

State & Zip Code _NJ , 08103_

Defendant No. 4

Name _____

Street Address _____

County. City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331. a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332. a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75.000 is a diversity of citizenship case; 3) U.S. Government Plaintiff: and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions                ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff        ☑ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question. what federal Constitutional. statutory or treaty right is at issue?    _N/A_

_____

_____

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____ *N/A* _____

Defendant(s) state(s) of citizenship _____ *N/A* _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? __*408 Stevens Street*__ __*Camden, NJ*__

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____ __*January 10, 2015 around 10:30 pm*__

**What happened to you?**    C.    Facts: __*See Attachment*__ __*For Facts*__

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

- 3 -

_____

IV.    Injuries:

If you sustained injuries related to the events alleged above. describe them and state what medical treatment, if any. you required and received. _____ See Attachment _____

_____

_____

_____

_____

_____

_____

_____


V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation. if any. you are seeking. and the basis for such compensation.

_____ See Attachment _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Attachment A,B,C:

On January 10 2015, I was picked up and arrested by Camden Police who claimed they had a warrant for my arrest. After being searched and cuffed, the officer said the warrant was for a sexual assault charge. This all took place in front of my property located at 408 Stevens Street, Camden NJ. 08103-1104 as I was moving some of my belonging back in to my home around 10:30 AM. Mr. Miguel Rivera who is the brother of my ex-wife Basilisa Taylor called the police and said I was trying to break into the house which was my own home and I had a court order with me that was issued to me by Judge Polansky January 9ᵗʰ just the day prior to my arrest. The Order stated that I was allowed to move back into my home and that my ex-wife had no right to restricting me from my home.

C. What Happened to me? After the police checked my ID, In their system I was searched, cuffed, arrested and taken to the police administration building and then to the Camden County Correctional Facility on false charge by my niece Basilia Rivera according to the warrant. I had always maintained my innocents and stated I was not guilty of the charges. The Camden County Prosecutors Office had set a high Bail (Ransom) of $250,000.00 to ensure I would not be released to defend myself from the outside. The first two Judges stated in the court room that the case was not indictable. Judge Natalie, and Judge Blue. Ten months later after I instructed my PD to request a dismissal for failure to prosecute and lack of prosecution I was indicted on what I label as a rubber stamped indictment. I was then constantly being bombarded and pressured to accept a plea deal or plea bargain, this went on for the whole 3 years and 14 days of my incarceration at CCCF, by both my Public Defenders and the acting Prosecutors. I repeatedly refused every deal and offer stating I will not plead out to crimes I did not commit and that were never committed in the first place. The Prosecutors had me charged with 19 counts of Aggravated Sexual Assaults, Ranging from First Degree to Fourth Degree Charges. My name, my character, my reputation and my life were severely scared, I am humiliated, embarrassed and ashamed by all the false accusations and lies that were made about me and my person. I have had five Judges, four Prosecutors and five Public Defenders in the three years and 14 days concerning Indictment #1.-15-2962 which alone should speak volumes of my innocents.

Between both the Camden County Prosecutors Office and the Camden County Public Defender's Office I was never give or afforded a meaningful defense counsel, a grave miss use of justice was done on to me. The State and the Camden County Prosecutors Office used abusive and aggressive authority by setting high a and unreasonable bail amount, they held me captive for three years and fourteen days causing my wife to divorce me, putting the life of my daughter and my loved ones in harm's way   and causing me grave financial hardships, ETC. I also lost my car and have incurred a dept. to continue paying it off as the bank has repossessed it, and now I have no vehicle for transportation. I lost my mother on July 24ᵗʰ, 2015 and was not even able to attend her funeral. I had asked for a speedy trial several times, but instead I continued to be pressured in to taking a plea deal or plea bargain.  The Prosecutors office has caused me all this pain, suffering, hardships and the loss of all I have worked so hard for just to try to cover up the miscarriage, misuse of the justice system, by means of bias, prejudiced and demoralized and corrupt practices.

The Camden County Office of the Public Defender was equally guilty, with the repeated gross negligence of providing me with effective and meaningful assistance of defense counsel. I also add the blatant disregard to my Due Process of Law, the rights that should have been guaranteed to me as stated in the 14th Amendment, and the sixth Amendment of the United States Constitution; these rights have been gravely violated and denied to me. I have been assigned five different Public defenders, not one has offered or given me an effective and meaningful counsel in fact they were all just another extension of the prosecutor's office digging for information to destroy my life and advising me to accept a plea deal or plea bargain. I have rarely seen or spoke to any of the public defender in my case, and when I did see or speak to any of them they were inadequate, unprofessional and ineffective. Two of the public defenders Luis Montoya and William Harrison the last two prior to Diane Price were called back into the office off their retirement which made their integrity highly suspect and questionable at the very least. Out of the five Public Defenders I must say that Diane Price seemed to be the most professional and has spent more time speaking to me in the three or four months that she was assigned to my case; she had seen and spoke to me more in that short time than all the other four PD'S in three years combined, however even she seemed she was working more for the Prosecutors why trying to convince me to take a plea deal and offering no real form of defense against the false allegation and charges against me.

## IV. Injuries

In the three years of detainment in the CCCF. I had to endure sleeping on the cold concrete floors my first 14 months, with only the false comfort of a two inch badly warren bet mat, two sheets and a warren out blanket that was about 7 or 8 years old. The cells are cold and damp with black mold growing on the walls and ceilings, thousands of other hidden dust mites and bacteria's are present and hidden to the necked eye. The foods I ate consisted of starches daily, Rice, pastas and potatoes, all foods all which contributed to the decline of my heath. The lack of physical work out time and equipment to work out has put unnecessary stain and stress on my body. I use to run and or walk every day prior to being incarcerated by not being able to do that in the three plus strenuous years has caused me high blood pressure, high cholesterol, shortness of breath, body weakness and pain in throughout my body. I find myself weak fatigue and exalted on a daily basis. I now suffer headaches daily throughout the day. I have an increased state of diabetes, taking 1000MG of Metformin HCL twice a day, Ibuprofen 800 MG 2 to 3 times a day, Cyclobenzaprine HCL, Cholecalciferol, Simvastatin, Tamsulosin and Hydrochlorothiazide, these are some of the medications I must now take daily. These medications make me feel like a zombie and they have the added risk of destroying my kidneys in the future. I have always been against taking any form of drugs or medication, now I am forced to do so due to my long and inactive stay in the Camden County Correctional Facility.

## V. Relief:

I want the state to expunge my record; I want the state to make an example of both the Prosecutors office and the Public defender's office that such corrupt practices, the misuse and miscarriage of the justice system will not be tolerated in the state of New Jersey. I want the Courts to state and show that aggressive abuse of power, authority and practices will not be tolerated. I am seeking a settlement of $77,000,000.00 for the three years of my incarceration, and I want the courts to ensure greater quality of

investigations prior to detaining people like myself. I feel a polygraph should be required if the defendant request and is willing to undergo this process prior to being investigated and incarcerated. The Accuser should also be subject to the same. I also want a written apology from both the Prosecutors Office and the Camden County Office of the Public Defender

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _02_ day of ___July_____ , 20_18_.


Signature of Plaintiff _Emmett H. Taylor_

Mailing Address _3114 Vimy Ridge Avenue_
_Norfolk, Virginia 23509_

Telephone Number _(609) 977-3953_

Fax Number *(if you have one)* _None_

E-mail Address _emmett.taylor2@aol.com_

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint.


Signature of Plaintiff: _Emmett H. Taylor._